UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY JOHNSON ET AL | CIVIL ACTION NO. 26-cv-3394 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TERRY FARMER ET AL | MAGISTRATE JUDGE HORNSBY |

# MEMORANDUM ORDER

Defendant D&K Four states Transport & Hauling, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 1-4) and alleged that it is an Arkansas limited liability company with its principal place of business in Arkansas. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

D&K must file, not later than **November 2, 2026**, an amended Diversity Jurisdiction Disclosure Statement that identifies its members and alleges the citizen of each in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of October, 2026.

Mark L. Hornsby
U.S. Magistrate Judge